IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-cv-00997-WYD-KLM

TREY FERNANDEZ,

    Plaintiff,

v.

COLT HOLDINGS, LLC, a Colorado limited liability company; and
JORDAN HEAD, an individual,

    Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). (ECF No. 13). After a careful review of the motion and the relevant record, I find that the requested relief should be granted. Accordingly, it is

ORDERED that the Unopposed Motion to Dismiss Without Prejudice (ECF No. 13) is **GRANTED.** This matter is hereby **DISMISSED WITHOUT PREJUDICE** and shall be immediately closed.

Dated: August 15, 2017

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge